UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDITH SOKAL as Personal Representative
to the Estate of Wilbur Denny Arant,
GARY S. ARANT, DEBORA A. ARANT, and
CHRISTOPHER D. ARANT,

    Plaintiffs,

v.                                                                          CASE NO: 8:07-cv-213-T-26TGW

UPSHER-SMITH LABORATORIES, INC.,
HEALTHSOUTH REAL PROPERTY
HOSPITAL OF SARASOTA, L.P., and
ALBERTSON'S, INC. d/b/a SAV-ON PHARMACY,

    Defendants.
                                                    /

## O R D E R

Upon due consideration, Defendant Albertson's Partial Motion to Dismiss or Strike Plaintiff's Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. 10) is denied because it is a nullity in light of the filing of its answer and affirmative defenses. As the Eleventh Circuit Court of Appeals has noted, "by filing an answer, the defendant[] ha[s] eschewed the option of asserting by motion [under Rule 12(b)(6)] that the complaint failed to state a claim for relief." Leonard v. Enterprise Rent A Car, 279 F. 3d 967, 971 n.6 (11th Cir. 2002).

**DONE AND ORDERED** at Tampa, Florida, on February 13, 2007.

                                                    s/*Richard A. Lazzara*
                                                    **RICHARD A. LAZZARA**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record