**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JUDITH SOKAL as Personal Representative
to the Estate of Wilbur Denny Arant,
GARY S. ARANT, DEBORA A. JOHNSON,
and CHRISTOPHER D. ARANT,

    Plaintiffs,
v.                                                    CASE NO: 8:07-cv-213-T-26TGW

UPSHER-SMITH LABORATORIES, INC.,
HEALTHSOUTH REHABILITATION HOSPITAL
OF SARASOTA, L.P., and
ALBERTSON'S INC. d/b/a SAV-ON PHARMACY,

    Defendants.
_____/

**O R D E R**

Upon due consideration of Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Dkt. 16), it is ordered and adjudged as follows:

1) This case is dismissed without prejudice as to Defendant HealthSouth Rehabilitation Hospital of Sarasota, L.P.

2) HealthSouth's pending Motion to Dismiss (Dkt. 13) is denied as moot.

3) The Clerk is directed to terminate Defendant HealthSouth as a pending Defendant.

**DONE AND ORDERED** at Tampa, Florida, on February 27, 2007.

                                                 s/*Richard A. Lazzara*
                                                 **RICHARD A. LAZZARA
                                                 UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record