# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JUDITH SOKAL, etc., et al.,

   Plaintiff,

v.            CASE NO: 8:07-cv-213-T-26TGW

UPSHER-SMITH LABORATORIES, INC.,
etc., et al.,

   Defendant.

_____/

# O R D E R

  **UPON DUE CONSIDERATION** of the parties' written submissions and oral

arguments, and for the reasons announced on the record at the hearing held in this case this day,

it is **ORDERED AND ADJUDGED** as follows:

  1)  Plaintiffs' Motion to Compel Answers to First Set of Interrogatories to Defendant

Albertson's (Dkt. 32) is granted.

  2)  The temporal scope of the interrogatories is narrowed to the period between

January 1, 2004, and November 21, 2005.

  3)  Defendant Albertson's shall furnish its answers to Plaintiffs' first set of

interrogatories on or before January 4, 2008.

  4)  Plaintiffs' request for attorney fees is denied.

  **DONE AND ORDERED** at Tampa, Florida, on December 14, 2007.


       _s/Richard A. Lazzara_____
       **RICHARD A. LAZZARA**
       **UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record