**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUDITH SOKAL, as Personal Representative
of the Estate of WILBUR DENNY ARANT;
GARY S. ARANT; DEBORA A. JOHNSON; and
CHRISTOPHER D. ARANT,

    Plaintiffs,

v.                                                                          CASE NO: 8:07-cv-213-T-26TGW

UPSHER-SMITH LABORATORIES, INC.;
HEALTHSOUTH REAL PROPERTY
HOSPITAL OF SARASOTA, L.P.; and
ALBERTSON'S INC. d/b/a SAV-ON PHARMACY,

    Defendants.
_____/

**O R D E R**

Upon further reflection, and consistent with Rule 17(a)(3) of the Federal Rules of Civil Procedure, it is ordered and adjudged that Defendant's Motion to Dismiss Plaintiffs' Third Amended Complaint (Dkt. 66) is denied. The Court, however, will construe the motion as an objection to Plaintiff Judith Sokal being the real party in interest. As so construed, Plaintiffs shall cause the real party in interest to ratify, join, or be substituted into this action within twenty-one days of this order. If Plaintiff Judith Sokal contends that she is the real party in interest, she shall state her position in that regard within the same period of time, following which the Court will issue a definitive ruling as to whether this action should be dismissed for failure to prosecute in the name of the real party in interest.

**DONE AND ORDERED** at Tampa, Florida, on May 9, 2008.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record