**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUDITH SOKAL as Personal Representative
of the Estate of Wilbur Denny Arant, GARY S.
ARANT, DEBORA A. JOHNSON, and
CHRISTOPHER D. ARANT,

    Plaintiffs,

v.                                      CASE NO: 8:07-cv-213-T-26TGW

UPSHER-SMITH LABORATORIES, INC., et al.,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the parties' written submissions and oral arguments, and for the reasons announced on the record at the hearing held in this case this day, it is ordered and adjudged that Plaintiffs' Motion to Compel and for Sanctions(Dkt. 68) is denied. The Court agrees with Defendant Albertson, Inc.'s primary contention that the discovery at issue is irrelevant in light of the discreet and narrow allegations against Defendant as framed in Plaintiff's Third Amended Complaint.

**DONE AND ORDERED** at Tampa, Florida, on June 5, 2008.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record