**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUDITH SOKAL as Personal Representative
of the Estate of Wilbur Denny Arant, GARY S.
ARANT, DEBORA A. JOHNSON, and
CHRISTOPHER D. ARANT,

    Plaintiffs,

v.     CASE NO: 8:07-cv-213-T-26TGW

UPSHER-SMITH LABORATORIES, INC.,
HEALTHSOUTH REAL PROPERTY
HOSPITAL OF SARASOTA, L.P., and
ALBERTSON'S INC. d/b/a SAV-ON PHARMACY,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendant Albertson's, Inc.'s Motion to Strike and/or Exclude Plaintiff's Expert (Dkt. 90) is denied for failure to comply with the requirements of Local Rule 3.01(g). Additionally, the motion is also due to be denied as dilatory because Defendant's counsel waited over two months to bring the deficiency of Plaintiffs' expert disclosure of May 30, 2008, to the attention of the Court. Nevertheless, Plaintiffs shall furnish Defendant an amended expert report which shall fully comply with the requirements of Rule 26(a)(2) of the Federal Rules of Civil Procedure on or before August 12, 2008.

**DONE AND ORDERED** at Tampa, Florida, on August 5, 2008.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record